# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7129**                                    **September Term, 2014**

**1:01-cv-00853-GK**

**Filed On:** February 5, 2015

Reuven Gilmore, individually, as the
Administrator of the estate of Esh Kodesh
Gilmore and as natural guardian of plaintiffs
Eliana Gilmore and Dror Gilmore, et al.,

        Appellants

    v.

Palestinian Interim Self-Government
Authority, also known as Palestinian National
Authority, also known as Palestinian
Authority, et al.,

        Appellees

    **BEFORE:**    Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion to permit supplemental briefing, the opposition thereto, the reply, the motion to exceed the word limit for appellants' brief, the opposition thereto, and the reply, it is

**ORDERED** that the motion to permit supplemental briefing be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion rather than incorporate those arguments by reference. It is

**FURTHER ORDERED** that the motion to exceed the word limit for appellants' brief be denied. "The court disfavors motions to exceed limits on the length of briefs," and appellants have not shown "extraordinarily compelling reasons" for granting their motion. See D.C. Cir. Rule 28(e)(1).

## Per Curiam